IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

FRANKLIN ROSALES RAMIREZ,

Petitioner,

v. Civil Action No. 2:26-cv-690

NEY HIDALGO, *et al.*,

Respondents.

**FINAL ORDER**

This matter is before the Court on the amended 28 U.S.C. § 2241 petition of Franklin Rosales Ramirez ("Petitioner"), a detainee of United States Immigration and Customs Enforcement, seeking immediate release from immigration detention or a constitutionally adequate bond hearing. Dkt. No. 13. The matter was referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(A) and (B) and Rule 72 of the Local Civil Rules. Dkt. No. 5.

On September 25, 2026, the Magistrate Judge filed a Report and Recommendation recommending that the Court grant the Petition and deny and dismiss as moot Petitioner's Motions to Appoint Counsel and for the issuance of a No-Transfer Order, Dkt. Nos. 2–3. Dkt. 16, at 27–28. The Report and Recommendation further recommended that Petitioner should be released from custody immediately, and that Petitioner's Order of Supervision be restored immediately, not to be revoked unless done so in compliance with the requirements of 8 C.F.R. § 241.13. *Id.* Finally, the Report and Recommendation recommended that Respondents be enjoined from re-detaining Petitioner except upon a showing of sufficient changed circumstances with respect to the prospects for removal to a qualifying consenting country. *Id.* By copy of the report, the parties were advised of the right to file written objections to the findings and recommendations made by the Magistrate

Judge, *id.* at 28, and no objections have been filed.

The Court, having reviewed the record, does hereby accept the findings and recommendations set forth in the Report and Recommendation, and it is therefore **ORDERED** that the amended petition for a writ of habeas corpus, Dkt. No. 13, is **GRANTED.** Petitioner shall be **RELEASED** from custody immediately. It is **FURTHER ORDERED** that Petitioner's Order of Supervision be **RESTORED** immediately, not to be revoked unless done so in compliance with the requirements of 8 C.F.R. § 241.13. Respondents are **ENJOINED** from re-detaining Petitioner except upon a showing of sufficient changed circumstances with respect to the prospects for removal to a qualifying consenting country. It is **FURTHER ORDERED** that Petitioner's Motions to Appoint Counsel and for the issuance of a No-Transfer Order, Dkt. Nos. 2–3, are **DENIED** and **DISMISSED AS MOOT**.

The Clerk is DIRECTED to send a copy of this Order to Petitioner at his address of record and all counsel of record.

It is SO ORDERED.

/s/
Elizabeth W. Hanes
United States District Judge

Norfolk, Virginia
Date: October 14, 2026